GERALD J. WROBLEWSKI, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent
WROBLEWSKI v. COMMISSIONER OF INTERNAL REVENUE
Docket No. 3334-99
United States Tax Court
1999 U.S. Tax Ct. LEXIS 60; June 16, 1999, Entered *60 Mary Ann Cohen, Chief Judge. Mary Ann Cohen
ORDER OF DISMISSAL FOR LACK OF JURISDICTION
On February 18, 1999 the Court issued an order directing the filing of a proper amended petition and payment of the filing fee on or before April 19, 1999. No response to that order has been received. The premises considered, it is
ORDERED that on the Court's own motion this case is dismissed for lack of jurisdiction.
Mary Ann Cohen
Chief Judge
ENTERED: JUN 16 1999